Dorman W. CHANDLER and W. Fred
Dryden, Appellants,

v.

UNITED STATES of America,
Appellee.

No. 22705.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1966.

Harold L. Murphy, Howe & Murphy, Tallapoosa, Ga., for appellants.

Allen L. Chancey, Jr., Asst. U. S. Atty., Charles L. Goodson, U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and BROWN and GODBOLD, Circuit Judges.

v.

UNITED STATES of America,
Appellee.

No. 22706.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1966.

Harold L. Murphy, Howe & Murphy, Tallapoosa, Ga., for appellants.

Allen L. Chancey, Jr., Asst. U. S. Atty., Charles L. Goodson, U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and BROWN and GODBOLD, Circuit Judges.

PER CURIAM.

The judgment of the trial court is affirmed. We conclude that the trial court did not err in refusing to permit the appellants to compel the Government witness to state whether a person, prominently identified in the reported activities of appellants, but not called as a witness in the case, was a Government informer.

The judgment is, therefore, affirmed.